UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRIAN ANYINAM | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| THE NORTHWESTERN MUTUAL LIFE | : | |
| INSURANCE COMPANY | : | AUGUST 5, 2014 |
| Defendant. | | |

## **DEFENDANT'S DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the defendant, The Northwestern Mutual Life Insurance Company ("Northwestern Mutual"), discloses that it is a mutual insurance corporation incorporated in Wisconsin. Northwestern Mutual has no parent company and no capital stock.

        DEFENDANT,
        THE NORTHWESTERN MUTUAL LIFE
        INSURANCE COMPANY

        By  */s/ Theodore J. Tucci*
        Theodore J. Tucci
        Email: ttucci@rc.com
        Amanda E. Gordon
        E-mail: agordon@rc.com
        Robinson & Cole LLP
        280 Trumbull Street
        Hartford, CT 06103
        Tel. No. (860) 275-8200
        Fax No. (860) 275-8299
        Juris No. 50604

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2014, the foregoing Notice of Removal, and all attachments, was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby certify that a copy of the foregoing Notice of Removal, together with all attachments, has been sent by U.S. Mail to all counsel of record this 5th day of August, 2014, as follows:

David A. Slossberg, Esq.
Hurwitz, Sagarin, Slossberg & Knuff
147 North Broad Street
Milford, CT 06460

                                                   */s/ Theodore J. Tucci*
                                                   Theodore J. Tucci